**Motion Granted; Order filed October 13, 2011.**



**In The**

# Fourteenth Court of Appeals

———————————

**NO. 14-11-00034-CV**
**NO. 14-11-00127-CV**

———————————

**RAHUL K. NATH, M.D., Appellant**

**V.**

**BAYLOR COLLEGE OF MEDICINE AND TEXAS CHILDREN'S HOSPITAL, Appellees**

---

**On Appeal from the 215th District Court**
**Harris County, Texas**
**Trial Court Cause Nos. 2006-10826 & 2006-10826-A**

---

## O R D E R

On October 7, 2011, appellees in case numbers 14-11-00034-CV and 14-11-00127-CV filed a motion to consolidate two appeals from sanction orders issued in the same litigation. The motion to consolidate is **GRANTED.** We order the appeals pending under our appellate case numbers 14-11-00034-CV and 14-11-00127-CV **CONSOLIDATED.**

We **GRANT** appellees' request for an extension of time to file a brief. Appellees' brief in the consolidated appeals shall be due on or before November 18, 2011**.**

PER CURIAM